IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Woods, Yolonda

Printed: 10/9/07

Case Number: 06 B 09575
Judge: Hollis, Pamela S
Filed: 8/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 27, 2007
Confirmed: December 4, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 415.44 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 395.50 |
| Trustee Fee: |  | 19.94 |
| Other Funds: |  | 0.00 |
| Totals: | 415.44 | 415.44 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,850.00 | 395.50 |
| 2. | Wachovia Bank | Secured | 0.00 | 0.00 |
| 3. | Wachovia Bank | Secured | 6,158.69 | 0.00 |
| 4. | National Recovery, Inc | Unsecured | 503.77 | 0.00 |
| 5. | Paragon Way Inc | Unsecured | 445.00 | 0.00 |
| 6. | Sir Finance Corporation | Unsecured | 2,526.00 | 0.00 |
| 7. | Charming Shoppes-Fashion Bug | Unsecured | 1,159.92 | 0.00 |
| 8. | Asset Acceptance | Unsecured | 223.86 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 782.42 | 0.00 |
| 10. | B-Real LLC | Unsecured | 368.72 | 0.00 |
| 11. | Illinois Lending Corporation | Unsecured | 781.43 | 0.00 |
| 12. | Galway Financial Service | Unsecured | 445.00 | 0.00 |
| 13. | Verizon Wireless | Unsecured | 1,592.54 | 0.00 |
| 14. | Genesis | Unsecured |  | No Claim Filed |
| 15. | Citibank | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
| 17. | Oxford Collection Service | Unsecured |  | No Claim Filed |
| 18. | Harris Bank | Unsecured |  | No Claim Filed |
| 19. | American General Finance | Unsecured |  | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 21. | Plaza Associates | Unsecured |  | No Claim Filed |
| 22. | USA Payday Loans | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 17,837.35 | $ 395.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Woods, Yolonda | Case Number: 06 B 09575 |
| | Judge: Hollis, Pamela S |
| Printed: 10/9/07 | Filed: 8/8/06 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 19.94 |
| | _____ |
| | $ 19.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_